**Louis PASTORE et al.**

v.

**Patricia MUSONE d/b/a National Liquors.**

**No. 83–296–M.P.**

Supreme Court of Rhode Island.

June 3, 1983.

Gerald J. Pouliot, Asst. City Sol., Pawtucket, for petitioner.

Raymond R. Pezza, Providence, Alan T. Dworkin, Cranston, for respondent.

**ORDER**

The petition for writ of certiorari is denied.

■

**PAWTUCKET INSTITUTION FOR SAVINGS**

v.

**John H. NORBERG, Tax Administrator.**

**No. 83–256–M.P.**

Supreme Court of Rhode Island.

June 3, 1983.

Ronald R. Gagnon, Pawtucket, for petitioner.

Perry Shatkin, State of RI Division of Taxation, Dennis J. Roberts II, Atty. Gen., Providence, for respondent.

**ORDER**

The petition for writ of certiorari is denied.

■

**John M. POLLARD**

v.

**RHODE ISLAND DEPARTMENT OF TRANSPORTATION et al.**

**No. 82–401–M.P.**

Supreme Court of Rhode Island.

June 3, 1983.

Keven A. McKenna, Providence, for petitioner.

Stephen F. Mullen, Providence, for respondent.

**ORDER**

The petitioner herein seeks certiorari to review a District Court judgment upholding the Registrar's suspension of his license and registration. In response to the petition, the Registrar moves that the case be returned to the District Court for a new hearing, apparently acknowledging that the District Court judge mistakenly treated petitioner's appeal as a safety responsibility matter. After carefully reviewing the papers submitted to us, we believe that such a remand is appropriate.

Accordingly, the petition for writ of certiorari is granted, the judgment of the District Court is quashed, and this case is remanded to the District Court for a new hearing.